# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

Angel Bartlett
500 N. Edwards St
Kalamazoo MI 49007

Plaintiff(s),

v

Kalamazoo Family and probate court Stephen Gosalitz Curtis Bell Community mental Health

Defendant(s).

FILED - KZ
March 30, 2018 4:54 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems  Scanned by JB 4/2/18

Case No. 1:18-cv-363
Honorable Paul L. Maloney
United States District Judge

and cell mental facilities they stick me in to do harm. including kalamazoo psychiatric hospital Borgess ect.

Complaint— Mentally and causing mental illness. They wont stop attacking I had a baby at Borgess I was not on drugs and Borgess put down I was to steal him. I did no abuse they then put down highest level of child abuse terminated I almost died from actions. I had appeals and charges were "supposedly lifted there is no criminal record. Please see Borgess case. I will turn in proofs on monday

Angel Bartlett